The City of New York, Appellant, v. William R. Hearst, as President of the National Association of Democratic Clubs, Respondent.— Orders affirmed, with ten dollars costs and disbursements.   No opinion.

In the Matter of the Application of Julia L. Butterfield, Individually and as Trustee under the Last Will and Testament of Frederick P. James, Appellant, for Permission to Sell Certain Real Estate.   Edmund L. Mooney and Andrew J. Shipman, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Claude M. Johnson, Respondent, v. The Autopress Company and Morris D. Kopple, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Anna Day Ward and Henry L. Poinier, as Committee of All Property within This State of William R. Ward, an Incompetent Person, Respondents, v. Chelsea Exchange Bank, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   (Scott, J., dissenting.)

Emma M. Stokes, Respondent, v. Hartwell Staples, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Selma Mattson, as Administratrix, etc., of Mat Mattson, Deceased, Respondent, v. Phœnix Construction Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

James C. Bushby, Respondent, v. Lancelot M. Berkeley, Appellant.   (2 cases.) — Appeal dismissed, with ten dollars costs.   Memorandum per curiam.

The People of the State of New York ex rel. National Bank of Commerce, Respondent, v. Lawson Purdy, President, and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.   Taxes of 1901–1907.   The People of the State of New York ex rel. National Reserve Bank, Formerly Known as the Consolidated National Bank of New York, Respondent, v. Lawson Purdy, President, and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.   Taxes of 1903–1907.   The People of the State of New York ex rel. The Coal and Iron National Bank, Respondent, v. Lawson Purdy, President, and Others as Commissioners of Taxes and Assessments of the City of New York, Appellants.   Taxes of 1904–1907.   The People of the State of New York ex rel. Bank of Metropolis, Respondent, v. Lawson Purdy, President, and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.   Taxes of 1901–1907.— Orders affirmed, with ten dollars costs and disbursements.   No opinion.   (Clarke and Scott, JJ., dissenting.)

William Grant Brown, as General Guardian of Margaret Rose Mulvany and Others, Infants, Respondent, v. Mary C. Mulvany, Sr., and Edward P. S. Mulvany, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Giovanni D'Amato and Others, Appellants, v. Morris R. Silverman, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis Guenther, Appellant, v. The Ridgway Company, Respondent. (Nos. 1 and 2.) — Orders modified as stated in memoranda per curiam, and as modified affirmed, without costs.   Orders to be settled on notice.